UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-2249 (DSD/JMM)

Mary Burland,

Plaintiff,

vs.

Group Health, Inc.,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

The parties by and between their respective counsel hereby stipulate to extend the deadlines in the pretrial scheduling order as set forth below:

1. Plaintiff's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before September 15, 2001.

2. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before October 1, 2001.

3. All other deadlines set forth in the Court's Scheduling Order shall remain unchanged.

Dated: 6/28/01, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By:____________________
Penelope J. Phillips, Esq. #200876

4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4302
(612) 373-8428
Fax: (612) 338-0535
ATTORNEYS FOR THE DEFENDANTS

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MPLS 181298-1

Dated: 7/5/01, 2001

HALUNEN & NESS

By: ____________________

Clayton D. Halunen, (#219721)
155 Fifth Avenue South
Suite 810
Minneapolis, MN 55401
(612) 313-0157

ATTORNEYS FOR THE PLAINTIFF

**ORDER**

Based on the above Stipulation of Counsel, IT IS SO ORDERED.

Dated: July 16, 2001

BY THE COURT

By: ____________________

The Honorable John M. Mason
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500