UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. 00-2249(DSD/JMM)

Mary Burland,

Plaintiff,

vs.

STIPULATION AND ORDER

Group Health, Inc.,

Defendant.

---

The parties, through their respective counsel, stipulate to the following extension to the dispositive motion deadline set forth in the Court's Pretrial Order dated November 2, 2000. The parties stipulate to extend the deadline, pursuant to Local Rule 7.1 (b) (2) (B), to serve and file dispositive motions to October 8, 2001.

Dated this 31st day of August, 2001.

HALUNEN & NESS, LLP

Clayton D. Halunen (219721)
701 4th Avenue South
Suite 500
Minneapolis, MN 55415
(612) 337-9023

Dated this 4 day of September, 2001.

FELHABER, LARSON, FENLON & VOGT, P.A.

Penelope J. Phillips (200876)
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4302

SEP 06 2001
FILED
RICHARD
JUDGMENT ENTD
DEPUTY CLERK

ORDER

Based upon the above Stipulation of Counsel, IT IS HEREBY ORDERED that the time for which dispositive motions shall be filed is extended to October 8, 2001.

BY THE COURT

Dated: 9/6, 2001

The Honorable John M. Mason
United States Magistrate Judge