UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2249 (DSD/JMM)

Mary Burland,

Plaintiff,

vs.

Group Health, Inc.,

Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Plaintiff and Defendant, and Court being duly advised in the premises,

IT IS HEREBY ORDERED, THAT:

Plaintiff's action against Defendant be and the same hereby is **DISMISSED WITH PREJUDICE**, without costs or attorney's fees to any party.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/8/01

BY THE COURT

JUDGE OF THE U.S. DISTRICT COURT

MPLS 191389-1



FILED 11-9-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2249 (DSD/JMM)

Mary Burland,

Plaintiff,

vs.

Group Health, Inc.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between Plaintiff Mary Burland and Defendant Group Health, Inc., by and through their respective counsel, that Plaintiff's action against Defendant may be and hereby is dismissed with prejudice and without costs or attorney's fees to either party.

Dated: 10/3, 2001

HALUNEN & NESS, LLP

By: ______________________

Clayton D. Halunen (#219721)
701 - 4th Avenue South, Suite 500
Minneapolis, MN 55415
612-337-9023
**ATTORNEYS FOR PLAINTIFF**

Dated: 9/27, 2001

FELHABER. LARSON, FENLON & VOGT, P.A.

By: ______________________

Penelope J. Phillips, #200876
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402-4302
612-339-6321
**ATTORNEYS FOR DEFENDANT**

MPLS 191389 1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500